EMILY J. SMITH, Respondent, v. JEREMIAH B. ROGERS, Appellant.

(Submitted December 20, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made at the September term, 1886, which affirmed a judgment in favor of the plaintiff, entered upon the report of a referee.

*Chester M. Elliott* for appellant.

*A. L. Johnson* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.